**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| WMG SERVICES, LLC,<br>a Massachusetts limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>IOWA RENEWABLE ENERGY, LLC,<br>an Iowa limited liability company, and<br>GAVILON, LLC, a Delaware limited liability<br>Company,<br><br>  Defendants. | CASE NO. 4:13-cv-426<br><br><br><br>**JOINT DISMISSAL WITH PREJUDICE** |

  COME NOW the parties to the above-captioned matter, WMG Services, LLC and Iowa Renewable Energy, LLC, and jointly and mutually dismiss their respective claims with prejudice.

            Respectfully submitted,

            HOPKINS & HUEBNER, P.C.


            By_____/s/ R. Ronald Pogge_____
             R. Ronald Pogge   AT0006374


            By_____/s/ Patrick T. Vint_____
             Patrick T. Vint    AT0008811
             2700 Grand Avenue, Suite 111
             Des Moines, IA 50312
             Telephone: (515) 244-0111
             Fax: (515) 697-4299
             Email: rpogge@hhlawpc.com
                 pvint@hhlawpc.com

             ATTORNEYS FOR IOWA RENEWABLE
             ENERGY, LLC

BELIN MCCORMICK, PC

By:_____/s/ David W. Nelmark_____
   David W. Nelmark
   666 Walnut Street, Suite 2000
   Des Moines, IA  50309-3989
   Telephone:  (515) 283-4665
   Fax:  (515) 558-0665
   E-mail:
   dwnelmark@belinmccormick.com

ATTORNEYS FOR PLAINTIFF

Original filed.

Copies to:

David W. Nelmark
Stephen H. Locher
Emily M. Schirmer
Belin McCormick, PC
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone:  (515) 283-4665
Fax:  (515) 558-0665
Email:  dwnelmark@belinmccormick.com
       shlocher@beinmccormick.com
       emschirmer@belinmccormick.com
ATTORNEYS FOR PLAINTIFF

James G. Powers
A. Stevenson Bogue
April N. Hook
McGrath North Mullin & Kratz, PC LLO
1601 Dodge Street, Suite 3700
Omaha, NE 68102
Telephone:  (402) 341-3070
Fax:  (402) 341-0216
Email:  sbogue@mcgrathnorth.com
      jpowers@mcgrathnorth.com
      ahook@mcgrathnorth.com
ATTORNEYS FOR DEFENDANT GAVILON

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the 19th day of November, 2015.

By   ☐ U.S. Mail     ☐ Fax
    ☐ Hand Delivery   ☒ Electronically through CM-ECF
    ☐ Private Carrier   ☐ Other:_____
Signature:  /s/ Kathy Flaherty _____